UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KELSEY MILES, *et al.*, | ) |
|    *Plaintiffs*, | ) Case No. 1:23-cv-126 |
| v. | ) Judge Atchley |
| BRADLEY COUNTY, TENNESSEE, | ) Magistrate Judge Dumitru |
|    *Defendant*. | ) |

## JUDGMENT

In accordance with the contemporaneously filed Memorandum Opinion and Order, Defendant Bradley County, Tennessee's Motion for Summary Judgment [Doc. 30] is **GRANTED**. It is therefore **ORDERED AND ADJUDGED** that that this action be, and hereby is, **DISMISSED**.[1] The Clerk is **DIRECTED** to close the file.

   **SO ORDERED.**

                                                    */s/ Charles E. Atchley, Jr.*
                                                  **CHARLES E. ATCHLEY, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**
*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT

---

[1] As noted in the Court's Memorandum Opinion and Order, Plaintiffs' federal claims (Counts I through IV) are dismissed with prejudice while their state law claims (Counts V through XII) are dismissed without prejudice.